**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>MADELINE COX ARLEO<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST. ROOM 4066<br>NEWARK, NJ 07101<br>973-297-4903 |

November 18, 2025

<u>VIA ECF</u>
All Counsel of Record

<u>VIA CERTIFIED MAIL</u>
Martine Jones, <u>pro se</u>
327 Central Avenue
Haledon, New Jersey 07508

**<u>LETTER ORDER</u>**

  Re: **Martine Jones v. RWJ Newark Beth Israel Medical Center**
     **Civil Action No. 24-8832**

Dear Litigants:

  Before the Court is <u>pro se</u> Plaintiff Martine Jones' Motion for Default Judgment against Defendant RWJ Newark Beth Israel Medical Center ("NBIMC"). <u>See</u> ECF No. 11 (the "Motion"). NBIMC opposes the Motion. <u>See</u> ECF No. 12. For the reasons below, Plaintiff's Motion is **DENIED**.

  By way of background, Plaintiff filed the Complaint on August 30, 2024. <u>See</u> ECF No. 1. Plaintiff served the Complaint on December 18, 2024. <u>See</u> ECF No. 10. On December 24, 2024, NBIMC filed a Local Civil Rule 6.1 request for extension of time to answer, move or otherwise respond to the Complaint. <u>See</u> ECF No. 6. On January 3, 2025, the Clerk of the Court entered a text order on the docket stating that "[t]he answer due date has been set for 1/22/2025." <u>See</u> 1/3/25 Docket Entry. Thereafter, on January 22, 2025, NBIMC filed and served its Answer. ECF Nos. 8, 8.1.

  Because NBIMC timely filed an Answer, and no discovery or even initial conference has taken place, default judgment is improper here.

Therefore, Plaintiff's Motion is **DENIED**.  The Parties shall appear before Magistrate Judge Fais for a Rule 16 conference forthwith.  See ECF No. 13.  The Clerk of Court shall serve a copy of this Order upon Plaintiff via certified mail.

                                      **SO ORDERED**.

                                      *s/ Madeline Cox Arleo*
                                      **MADELINE COX ARLEO**
                                      **UNITED STATES DISTRICT JUDGE**